Joseph R. Re   (Bar No. 134,479)
Paul N. Conover (Bar No. 192,358)
KNOBBE, MARTENS, OLSON & BEAR, LLP
620 Newport Center Drive
Sixteenth Floor
Newport Beach, CA  92660
Tel:  (949) 760-0404
Fax:  (949) 760-9502

Attorneys for Defendants, ENDOLOGIX, INC.
and MICHAEL HENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MEHRDAD M. SHOKOOHI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ENDOLOGIX, INC., (a Delaware corporation); MICHAEL HENSON, an individual; and DOES 1 through 10,<br><br>Defendant. | Civil Action No.<br>SA CV-99-0004 DOC (ANx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ACTION UNDER FED. R. CIV. P. 12(c) and 12(h)(3).<br><br>PER MINUTE ORDER OF MARCH 18, 1999.<br><br>Honorable<br>David O. Carter |

Defendants' Motion to Dismiss Action Under Fed. R. Civ. P. 12(c) and 12(h)(3) came on for hearing before this Court on March 15, 1999, Robert A. Seldon appearing for Plaintiff and Joseph R. Re appearing for both Defendants. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that, for the reasons set forth in this Court's Minute Order of March 18, 1999, Defendants' Motion to Dismiss is GRANTED.

DATED: March 24, 1999

_____
UNITED STATES DISTRICT JUDGE

Presented by,

KNOBBE, MARTENS, OLSON & BEAR, LLP

_____
Joseph R. Re
Paul N. Conover

FLG-1241
ENDOLOL.25L
032299

-1-

PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Newport Beach, California. I am over the age of 18 and not a party to the within action. My business address is 620 Newport Center Drive, Sixteenth Floor, Newport Beach, California. On March 22, 1999, I served the within [PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ACTION UNDER FED. R. CIV. P. 12(c) and 12(h)(3)** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**Via First Class Mail:**

>Robert A. Seldon
>John Scillieri
>SELDON & SCILLIERI, LLP
>2811 Wilshire Boulevard, Suite 640
>Santa Monica, CA 90403

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 1999, at Newport Beach, California.

_____
Francisca C. Leon Guerrero

FLG-1241
ENDOLO25.PRO
032299

-2-